# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

FRANKLIN C. EDMONDS,

    Plaintiff,

v.

KELLEY J. CORK and RACHEL L. EDMONDS,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-158-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ Melissa Hardin
_____
**by Deputy Clerk**

_____3/28/08_____
Date